```
BENJAMIN B. WAGNER
United States Attorney
BRIAN W. ENOS
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the United States of America
```

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 1:11-CR-00151-AWI |
| Plaintiff, ) | **FINAL ORDER OF FORFEITURE** |
| v. ) | |
| WAYNE SCHWARTZ, ) | |
| Defendant. ) | |

WHEREAS, on September 12, 2011, the Court entered a Preliminary Order of Forfeiture, pursuant to the provisions of 18 U.S.C. § 2253, based upon the plea agreement entered into between plaintiff and defendant Wayne Schwartz forfeiting to the United States the following property:

    a.   Dell Desktop Computer seized from defendant by law enforcement on or about February 3, 2011;

    b.   Western Digital (Futura) External hard drive seized from defendant by law enforcement on or about February 3, 2011; and

    c.   Compact discs, hard drives, or other storage devices containing visual depictions of minors engaged in sexually explicit conduct and seized from defendant by law enforcement on or about February 3, 2011.

1    AND WHEREAS, beginning on September 23, 2011, for at least
2 30 consecutive days, the United States published notice of the
3 Court's Order of Forfeiture on the official internet government
4 forfeiture site www.forfeiture.gov.  Said published notice
5 advised all third parties of their right to petition the Court
6 within sixty (60) days from the first day of publication of the
7 notice for a hearing to adjudicate the validity of their alleged
8 legal interest in the forfeited property;
9    AND WHEREAS, the Court has been advised that no third party
10 has filed a claim to the subject property, and the time for any
11 person or entity to file a claim has expired.
12    Accordingly, it is hereby ORDERED and ADJUDGED:
13    1.   A Final Order of Forfeiture shall be entered forfeiting
14 to the United States of America all right, title, and interest in
15 the below-listed property pursuant to 18 U.S.C. § 2253, to be
16 disposed of according to law, including all right, title, and
17 interest of Wayne Schwartz:

   a. Dell Desktop Computer seized from defendant by law enforcement on or about February 3, 2011;

   b. Western Digital (Futura) External hard drive seized from defendant by law enforcement on or about February 3, 2011; and

   c. Compact discs, hard drives, or other storage devices containing visual depictions of minors engaged in sexually explicit conduct and seized from defendant by law enforcement on or about February 3, 2011.

25    2.   All right, title, and interest in the above-listed
26 property shall vest solely in the name of the United States of
27 America.
28 ///

3. The Department of Homeland Security, Customs and Border Protection shall maintain custody of and control over the subject property until it is disposed of according to law.

IT IS SO ORDERED.

Dated:     November 23, 2011                /s/ signature
                                        CHIEF UNITED STATES DISTRICT JUDGE